UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAMONA SINGH,

Plaintiff,

v.

FIRST UNUM LIFE INSURANCE COMPANY and UNUM GROUP CORPORATION,

Defendants.

---

**ORDER**
20-CV-197 (WFK) (PK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the parties' cross-motions for summary judgment and supplemental briefing. ECF Nos. 22–29, 41–44. The Court respectfully REFERS the motions to the Honorable Magistrate Judge Peggy Kuo for a Report and Recommendation.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2025
Brooklyn, New York